**Order entered April 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00839-CR

**TOREY BOYKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82130-2012**

## ORDER

The Court **GRANTS** appellant's April 2, 2014 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within TEN (10) DAYS from the date of this order.

We **ORDER** Ms. Niki Garcia, official court reporter for the 366th Judicial District Court, to file a copy of Exhibit 8, DVD interview, with the Collin County District Clerk.

/s/     DAVID EVANS
         JUSTICE